IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01066-REB-MEH

MARIA DEANDRA TREJOS,

    Plaintiff,

v.

THE BOEING COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 15, 2009.**

    Defendant's Unopposed Motion to Vacate and Reset Scheduling Conference [filed June 12, 2009; docket #10] is **granted**. The Scheduling Conference set for July 23, 2009, is hereby **vacated**. The parties shall submit a status report to the Court within five days of a decision on the pending Unopposed Amended Motion to Consolidate Related Actions in Case No. 09-cv-00397-REB-MEH [filed June 5, 2009; docket #28].